■ FINANCIAL SOLUTION GROUP, Respondent, v ARM FINAN-

cial Corp. et al., Appellants. [610 NYS2d 777] —Order of the Supreme Court, New York County (Myriam J. Altman, J.) entered August 16, 1993 unanimously affirmed for the reasons stated by Altman, J., with costs and disbursements. No opinion. Concur—Ellerin, J. P., Wallach, Kupferman, Rubin and Williams, JJ.